UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

UNITED STATES OF AMERICA,
        Plaintiff,

    v.                                              Case Number 2:25-CR-36
                                                            Judge Edmund A. Sargus, Jr.

JOSHUA BOCK
        Defendant.

---

**TAKE NOTICE** that a proceeding in this case has been set for the place, date and time set forth below:

Place:        United States District Court
               Joseph P. Kinneary U.S. Courthouse    **Courtroom Number 311**
               85 Marconi Boulevard                            **July 9, 2025 at 1:30 p.m.**
               Columbus, Ohio 43215

TYPE OF PROCEEDING: **Sentencing**

**The following schedule is established:**
**(a) Any sentencing memorandum may be filed no later than 10 days prior to sentencing;**
**(b) If such memorandum is filed, the opposing side may file a memorandum in opposition no later than 5 days prior to sentencing;**
**(c) Motions under U.S.S.C. § 3553(e) or U.S.S.C. § 5K1.1 must be filed at least 5 days prior to sentencing;**
**(d) No other memoranda or motions pertaining to sentencing shall be filed without leave of court.**

If the Defendant is on bond, it is the responsibility of counsel to notify the defendant of the hearing, date, location and time.

                                                             **EDMUND A. SARGUS, JR.**
                                                             **UNITED STATES DISTRICT JUDGE**

DATE:  June 11, 2025

                                                              /s /   Christin M. Werner
                                                             (By) Christin M. Werner, Deputy Clerk